```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
          - v. -                  :   UNSEALING ORDER
                                  :
ALEKSANDER LIPKIN,                :   S1 06 Cr. 1179
     a/k/a "Alex,"                :
     a/k/a "Shorty,"              :
     a/k/a "Melekiy,"             :
GALINA ZHIGUN,                    :
GARRI ZHIGUN,                     :
MARYANN FURMAN,                   :
     a/k/a "Marina,"              :
IGOR MISHELEVICH,                 :
     a/k/a "Ryzhiy,"              :
ALEX GORVITS,                     :
     a/k/a "Lyosha,"              :
MARINA DUBIN,                     :
IGOR BUZAKHER,                    :
     a/k/a "Jeff,"                :
JOSEPH PAPERNY,                   :
DANIEL MIKHLIN,                   :
     a/k/a "Danik,"               :
JOHN GELIN,                       :
     a/k/a "Buddha,"              :
FRANSWA LIGON,                    :
FUAD YAKUBOV,                     :
RICARDO ACOSTA,                   :
ERIC CALLAHAN,                    :
DOUGLAS ELLISON,                  :
OLEG ANOKHIN,                     :
DAVID NEUSTEIN,                   :
TOMER SINAI,                      :
     a/k/a "Tom,"                 :
NATHANIEL KESSMAN,                :
CARL CARR,                        :
JOHN CIAFOLO,                     :
LUCIANNE MORELLO,                 :
FAINA PETROVSKAYA,                :
MARIYA BADYUK,                    :
     a/k/a "Masha," and           :
MARINA KLOTSMAN,                  :

          Defendants.

- - - - - - - - - - - - - - - - - x
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ JUL 10 2007]

WHEREAS, the above-captioned Indictment was returned on July 3, 2007 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

IT IS HEREBY ORDERED that the Indictment docketed as S1 06 Cr. 1179 be unsealed.

Dated: New York, New York
       July 9, 2007

       JUL 10 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK


THEODORE H. KATZ
UNITED STATES      MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK