# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2007

August 20, 2007

**VIA FACSIMILE**

Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Swain:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow his mother and co-defendant Galina Zhigun to attend his son's 4th birthday being held at his residence located at 2546 East 13th Street, Apt. F2 Brooklyn, New York on August 21, 2007 from 4:00 pm to 8:00 pm.

AUSA Katherine Goldstein has informed me that the government consents to this application. United States Pretrial Services Officer Franco Furelli has informed me that Pretrial Services consents to this application.

Respectfully submitted,

Joel Winograd

The application is granted.
SO ORDERED.

/s/ 8/20/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE   PART I

cc: AUSA Katherine Goldstein
US Pretrial Services Officer Franco Furelli

JW/rb
G. Zhigun 1013a