# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant

September 7, 2007

**VIA FACSIMILE and ECF**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    **Re:**    **United States v. Garri Zhigun; 06 Cr. 1179 (RJH)**

Dear Judge Holwell:

    I represent Garri Zhigun.

    On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to attend religious services at a temple located at 60 West End Avenue, Brooklyn, New York on Rosh Hashanah and Yom Kippur. The services will be held on September 12, 2007 from 7:00 p.m. to 8:30 p.m.; on September 13, 2007 from 9:00 a.m. to 1:00 p.m. and from 6:45 p.m. to 8:15 p.m.; on September 21, 2007 from 6:30 p.m. to 8:30 p.m. and on September 22, 2007 from 9 a.m. to 8:30 p.m.

    AUSA Katherine Goldstein has informed me that the government consents to this application. United States Pretrial Services Officer Franco Furelli has informed me that Pretrial Services consents to this application.

Respectfully submitted,

Joel Winograd

cc:    AUSA Katherine Goldstein (via ECF)
       US Pretrial Services Officer Franco Furelli (via ECF)

JW/rb
Zhigun/SDNY 1017