# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant

September 7, 2007

RECEIVED SEP -7 2007 RICHARD J. HOLWELL

**VIA FACSIMILE and ECF**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07
```

Re:    United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to attend religious services at a temple located at 60 West End Avenue, Brooklyn, New York on Rosh Hashanah and Yom Kippur. The services will be held on September 12, 2007 from 7:00 p.m. to 8:30 p.m.; on September 13, 2007 from 9:00 a.m. to 1:00 p.m. and from 6:45 p.m. to 8:15 p.m.; on September 21, 2007 from 6:30 p.m. to 8:30 p.m. and on September 22, 2007 from 9 a.m. to 8:30 p.m.

AUSA Katherine Goldstein has informed me that the government consents to this application. United States Pretrial Services Officer Franco Furelli has informed me that Pretrial Services consents to this application.

*Application Granted*
*SO ORDERED*
*USDJ 9/10/07*

Respectfully submitted,

Joel Winograd

cc:    AUSA Katherine Goldstein (via ECF)
       US Pretrial Services Officer Franco Furelli (via ECF)

JW/rb
Zhigun/SDNY 1017