# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

September 21, 2007

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to attend religious services at his temple. The services will be held on Wednesday, September 26, 2007 from 6:00 p.m. to 9:00 p.m. for Erev of Sukkot; on Thursday, September 27, 2007 from 9:00 a.m. to 12:30 p.m. and from 6:30 p.m. to 10:00 p.m. for the first day of Sukkot; on Friday, September 28, 2007 from 9:00 a.m. to 12:30 p.m. for the second day of Sukkot; on Wednesday, October 3, 2007 from 6:25 p.m. to 9:00 p.m. for Hoshana Rabba; on Thursday, October 4, 2007 from 9:00 a.m. to 12:30 p.m. and from 6:00 p.m. to 9:30 p.m. for Shmini Atzeret; and on Friday, October 5, 2007 from 9 a.m. to 12:30 p.m. and from 5:00 p.m. to 9:00 p.m. for Simchat Torah.

AUSA Katherine Goldstein has informed me that the government consents to this application. I have been unable to speak with United States Pretrial Services Officer Franco Furelli, however he consented to a similar request one week ago where the government also consented to the relief sought.

*Application Granted*
*So ORDERED*
*[signature] USDJ 10/3/07*

Respectfully submitted,

*[signature]*
Joel Winograd

cc:   AUSA Katherine Goldstein (via fax)
US Pretrial Services Officer Franco Furelli (via fax)

JW/rb
Zhigun/SDNY 1019