## WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant



October 16, 2007

**VIA FACSIMILE and ECF**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07
```

Re:   United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to attend the baby naming for his new born baby daughter Rachel at the temple located at 60 West End Avenue, Brooklyn, New York this Saturday, October 20, 2007 from 9:00 a.m. to 1:00 p.m.

AUSA Katherine Goldstein has informed me that the government consents to this application. United States Pretrial Services Officer Franco Furelli has informed me that Pretrial Services consents to this application.

Application Granted.
SO ORDERED

Respectfully submitted,

Joel Winograd

cc:   AUSA Katherine Goldstein (via ECF)    USDJ 10/16/07
      US Pretrial Services Officer Franco Furelli (via ECF)

JW/rb
Zhigun/SDNY 1025