# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant

November 19, 2007

**VIA FACSIMILE and ECF**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

Re:   United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to take his 5 year old son to his school play located at 60 West End Avenue, Brooklyn, New York on Tuesday, November 20, 2007 from 11:30 a.m. to 3:30 p.m.

AUSA Katherine Goldstein has not returned my phone call to inform me the government's position to this application. United States Pretrial Services Officer Franco Furelli has informed me that Pretrial Services consents to this application.

Application Granted
SO ORDERED
[signature]
US DJ  11/20/07

Respectfully submitted,

[signature]
Joel Winograd

cc:   AUSA Katherine Goldstein (via ECF)
      US Pretrial Services Officer Franco Furelli (via ECF)

JW/rb
Zhigun/SDNY 1034