# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07
```

November 28, 2007

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

    I represent Garri Zhigun.

    On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to take his 5 year old son to his school play located at 60 West End Avenue, Brooklyn, New York on Sunday, December 2, 2007 from 9:30 a.m. to 1:30 p.m.

    AUSA Jonathan New has not returned my phone call to inform me of the government's position to this application. Neither has United States Pretrial Services Officer Franco Furelli returned my call to inform me of their position. Please note that both have previously consented to similar requests in the past month.

Application Granted
SO ORDERED
[signature]
USDJ
11/30/07

Respectfully submitted,

Joel Winograd

JW/rb
Zhigun/SDNY 1037