# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL:  (212) 268-6900
FAX:  (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD
_____

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA
_____

RENATA BODNER
Legal Assistant

December 26, 2007

**VIA ECF**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Re:    **United States v. Garri Zhigun; 06 Cr. 1179 (RJH)**

Dear Judge Holwell:

I represent Garri Zhigun.

I respectfully request that the Court permits Mr. Zhigun to join in the pre-trial motions submitted by his co-defendants in this matter to the extent that such motions are applicable to him.

Respectfully submitted,

Joel Winograd

JW/rb
Zhigun/SDNY 1037