# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL· (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant

December 21, 2007

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/08
```

Re:    **United States v. Garri Zhigun; 06 Cr. 1179 (RJH) -25**

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to (1) go out for dinner with his wife on New Years' Eve, December 31, 2007 from 6:00 pm to 12:00 am and (2) go out for dinner with his wife and children to celebrate his birthday on January 7, 2008 from 5:00 pm to 10:00 pm.

AUSA Katie Goldstein has informed me that the Government consents to this application. United States Pretrial Services Officer Franco Furelli has not returned my call to inform me of their position. Please note that Pretrial has previously consented to similar requests in the past month.

Application Granted
So ORDERED
[signature]
USDJ
1/28/08

Respectfully submitted,

Joel Winograd

JW/rb
Zhigun/SDNY 1040