# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825



JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant

February 13, 2008

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/08
```

### Re:    United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to go out for dinner with his wife at Il Postino's located at 337 East 49th Street, New York, New York on Valentine's Day, February 14, 2008 from 7:00 pm to 10:00 pm. and allowing two hours before and two hours after for travel time. Please note that this application supercedes any previous application for this date.

AUSA Jonathan New has informed my office that the Government consents to this application. United States Pretrial Services Officer Franco Furelli has informed my office that Pretrial does not consent to this application.

Application Granted
SO ORDERED

Respectfully submitted,

Joel Winograd

cc: Pretrial Officer Furelli

USDJ

2/14/08

JW/rb
Zhigun/SDNY 1047a