# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant


RECEIVED MAR 18 2008 CHAMBERS OF RICHARD J. HOLWELL

March 18, 2008

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

Re:  United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to attend religious services with his 5-year old son at the temple located at 60 West End Avenue, Brooklyn, New York for the Jewish holiday of Purim which commemorates the deliverance of the Jews from extermination in ancient Persia. Religious services will be held on Thursday, March 20, 2008 from 6:00 p.m. to 9:30 p.m.

I have been unable to speak with United States Pretrial Services Officer Franco Furelli, however my associate Matthew Endlich left him a voice message today.

Application Granted
SO ORDERED
RJH
USDJ 3/20/08

Respectfully submitted,

Joel Winograd

Joel Winograd

JW/rb
Zhigun/SDNY 1054