# MEMORANDUM

TO:   Honorable Richard J. Holwell  
      U.S. District Court Judge

RE: U.S.A. vs. Garri Zhigun  
DOCKET #:2006-CR-1179-RJH-25

FROM:  Michael J. Fitzpatrick, Chief  
          Pretrial Services Officer

*USDC SDNY*  
*DOCUMENT*  
*ELECTRONICALLY FILED*  
*DOC #:* _____  
*DATE FILED:* _____

The attached memorandum was prepared by Pretrial Services Officer:  
  Gianfranco Furelli                                        212-805-4152  
        Name                                              Phone Number

will present to Your Honor significant details about the Bail Conditions Which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]   Please inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom #  
     17-B     on   4/28/08   at   11:00 AM  
                                  Date                     Time

[ ]   I request that a Bail Review Hearing be conducted by:

        [ ]   The presiding Magistrate Judge in courtroom # 5A.

        [ ]   The District Court Judge presiding in Part I.

        [ ]   Judicial Officer at his/her earliest convenience.

[ ]   I direct that the U.S. Attorneys office prepare a bench warrant for my signature, for violations of conditions of release.

_____  
Judicial Officer

**JUDICIAL OFFICER QUALITY IMPROVEMENT COMMENTS**: This space is available for you to provide us with your thoughts or comments on the quality or content of this report. We are interested in knowing what we could have done differently or better to improve the value of this report to you. Thank you, Michael J. Fitzpatrick, Chief U.S. Pretrial Services Officers.