# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant



RECEIVED
APR 16 2008
CHAMBERS OF
RICHARD J. HOLWELL

April 16, 2008

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

Re:    United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to observe the eight-day Jewish holiday of Passover by attending the following religious services that will be held at the temple located at 60 West End Avenue, Brooklyn, New York on the following days and times: Saturday, April 19, 2008 from 7:30 p.m. to 9:00 p.m., Sunday, April 20, 2008 from 10:00 a.m. to 1:00 p.m., Monday, April 21, 2008, from 10:00 a.m. to 1:00 p.m., Friday, April 25, 2008 from 7:30 p.m. to 11:00 p.m., Saturday, April 26, 2008 from 10:00 a.m. to 1:00 p.m. and from 7:30 p.m. to 11:00 p.m., concluding with services on Sunday, April 27, 2008 from 10:00 a.m. to 1:00 p.m.

Also, as part of the Passover observances, Mr. Zhigun requests that he may attend a traditional Seder dinner that will be conducted at the home of Mr. Zhigun's mother, Galina, on Sunday evening, April 20, 2008, from 7:30 p.m. to 11:00 p.m.

I have been unable to speak with AUSA Jonathan New and United States Pretrial Services Officer Franco Furelli for their respective positions as both are out of the office for the rest of this week.

*Application Granted*
*SO ORDERED*

Respectfully submitted,

Joel Winograd

USDJ 4/16/08

JW/rb