# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant



RECEIVED MAY 8 2008 CHAMBERS OF RICHARD J. HOLWELL

May 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    **Re:   United States v. Garri Zhigun; 06 Cr. 1179 (RJH)**

Dear Judge Holwell:

    I represent Garri Zhigun.

    On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to visit the home of his mother, Galina Zhigun, located at 70 Ocean Drive West, Apt 5F, Brooklyn, New York this Sunday, May 11, 2008 from 1:00 p.m. to 6:00 p.m. for Mother's Day.

    My office left messages for both AUSA Jonathan New and United States Pretrial Services Officer Franco Furelli concerning this application and have not received a response from either.

*Application Granted*
**SO ORDERED**

Respectfully submitted,

*Joel Winograd*
Joel Winograd

[signature]
USDJ
5/9/08

JW/rb
Zhigun/SDNY 1065