MAY. 21. 2008  3:41PM    SCHLACTER & ASSOCIATES                                  NO. 4321   P. 2

# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant


RECEIVED MAY 21 2008
CHAMBERS OF
RICHARD J. HOLWELL

May 21, 2008

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08
```

Re:   United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to take his wife Marina out for dinner at Peter Luger's located at 255 Northern Blvd, Great Neck, New York for her 30th birthday on Sunday, May 25, 2008 from 5:00 p.m. to 9:00 p.m., and 1 hour traveling time each way.

AUSA Jonathan New and United States Pretrial Services Officer Franco Furelli consent to this application.

SO ORDERED
[signature]
USDJ
5/21/08

Respectfully submitted,

[signature]
Joel Winograd

JW/rb
G. Zhigun 1013