# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

---

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

---

RENATA BODNER
Legal Assistant


RECEIVED
JUN 10 2008
CHAMBERS OF
RICHARD J. HOLWELL

June 10, 2008

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

Re: United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him, along with Mr. Zhigun's five year old son and a newborn daughter, to visit the home of his parents located at 70 Ocean Drive West, Apt 5F, Brooklyn, New York this Sunday, Father's Day, June 15, 2008 from 2:00 p.m. to 7:00 p.m.

AUSA Jonathan New has informed my office that the Government consents to this application. United States Pretrial Services Officer Franco Furelli has not yet responded.

Application Granted
SO ORDERED
[signature]
USDJ
6/11/08

Respectfully submitted,
[signature]
Joel Winograd

JW/rb
Zhigun/SDNY 1071