# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant



RECEIVED
JUN 25 2008
CHAMBERS OF
RICHARD J. HOLWELL

June 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Garri Zhigun; 06 Cr. 1179 (RJH) -25

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to go to Washington Cemetery, which is located at 5400 Bay Parkway, Brooklyn, New York, for the unveiling of his grandmother's grave stone, followed by lunch with his family, this Sunday, June 29, 2008 from 10:00 a.m. to 2:30 p.m.

AUSA Jonathan New has informed my office that the Government consents to this application. United States Pretrial Services Officer Franco Furelli has not yet responded.

SO ORDERED
RJH
USDJ
6/26/08

Respectfully submitted,

Joel Winograd

JW/rb
Zhigun/SDNY1074