# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

July 1, 2008

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

    I represent Garri Zhigun.

    On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions to allow him to visit the home of his mother, Galina Zhigun, located at 70 Ocean Drive West, Apt 5F, Brooklyn, New York this Friday, July 4, 2008 from 12:00 p.m. to 4:00 p.m. along with his two young children and his wife.

    My office left messages for both AUSA Jonathan New and United States Pretrial Services Officer Leo Barrios concerning this application and have not received a response from either.

*Application Granted*
*So Ordered*
[signature]
USDJ
7/2/08

Respectfully submitted,

[signature]
Joel Winograd

JW/rb
Zhigun/SDNY 1079

# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

---

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

---

RENATA BODNER
Legal Assistant

## FAX TRANSMISSION SHEET

DATE:    July 1, 2008

TO:    Hon. Richard J. Holwell

FROM:    Joel Winograd, Esq.

RE:    US v. Garri Zhigun, 06 Cr. 1179 (RJH)

FAX:    212-805-7948

NUMBER OF PAGES (including cover sheet): 2

MESSAGE:

THE INFORMATION CONTAINED IN THIS FACSIMILE COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL, AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND OTHERS WHO HAVE BEEN SPECIFICALLY AUTHORIZED TO RECEIVE SUCH. IF THE RECIPIENT IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, OR IF ANY PROBLEMS OCCUR WITH TRANSMISSION, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE: (212) 268-6900. THANK YOU.