# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant

August 19, 2008


RECEIVED AUG 19 2008
CHAMBERS OF
RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions on August 21, 2008 to allow him to celebrate with his wife and children the 5th birthday of his son Kevin from 1:00 p.m. to 7:00 p.m. at Kevin's camp located at 60 West End Avenue, Brooklyn, New York and then at Baku restaurant located at 2001 Emmons Avenue in Brooklyn, New York. I also request a total of one hour travel time.

AUSA Jonathan New has advised that the Government consents to this application.

Respectfully submitted,

Joel Winograd

So ORDERED
[signature]
USDJ
8/20/08

JW/rb
Zhigun/SDNY 1079