# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

---

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

---

RENATA BODNER
Legal Assistant

RECEIVED
AUG 25 2008
CHAMBERS OF
RICHARD J. HOLWELL

August 25, 2008

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

Re: United States v. Garri Zhigun; 06 Cr. 1179 (RJH)

Dear Judge Holwell:

I represent Garri Zhigun.

On behalf of my client, I hereby request that the Court grant Mr. Zhigun's application for a modification of his bail conditions on Sunday, August 31, 2008 to allow him to attend a family gathering with his wife and children from 1:00 p.m. to 7:00 p.m. at the home of his brother-in-law Gene Furman, located at 884 Park Lane, North Woodmere, New York and on Labor Day, Monday, September 1, 2008 from 1:00 p.m. to 7:00 p.m. at the home of his childhood friend Vlad Soltanovich (a bail surety) located at 1053 Fordham Lane, Woodmere, New York. I also request a total of one hour travel time.

AUSA Jonathan New is out of the office until September 2, 2008. I have called AUSA Katie Goldstein, but she has not responded. The Government has previously consented to similar requests and Mr. Zhigun has fully complied with all his conditions of release.

*Application Granted*
*SO ORDERED*
[signature]
USDJ
8/26/08

Respectfully submitted,

Joel Winograd
Joel Winograd

JW/rb
Zhigun/SDNY 1088